**Entered on Docket
June 01, 2010**

_____
**Hon. Mike K. Nakagawa
United States Bankruptcy Judge**
_____

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
212 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
bk@wildelaw.com
Fax: 702 258-8787
and
MARK S. BOSCO, ESQ.
Arizona Bar No. 010167
TIFFANY & BOSCO, P.A.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016
Telephone: (602) 255-6000

BAC Home Loans Servicing LP
10-71046

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In Re: | Bk Case No.: 09-31221-mkn |
|---|---|
| Anousak Chanthrathip | Date: 5/17/2010<br>Time: 9:30 am |
| Debtor. | Chapter 7 |

## ORDER VACATING AUTOMATIC STAY

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled bankruptcy proceedings is immediately vacated and extinguished for all purposes as to Secured Creditor BAC Home Loans Servicing LP, its assignees and/or successors in interest, of the subject property, generally described as 7401 Catmint Street, Las Vegas, NV 89113.

Submitted by:

**WILDE & ASSOCIATES**

By: /s/ Gregory L. Wilde
Gregory L. Wilde, Esq.
Attorney for Secured Creditor

**APPROVED / DISAPPROVED**

By:_____
David R. Ford
Attorney for Debtor(s)

**APPROVED / DISAPPROVED**

By:_____
William A. Leonard
Chapter 7 Trustee

1  In accordance with Local Rule 9021, the undersigned counsel certifies as follows (check one):
2  _____  The court waived the requirements of LR 9021.
   _____  No parties appeared or filed written objections, and there is no trustee appointed in the case.
3  _____  No parties appeared or filed written objections, and the trustee is the movant.
   _x_  This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a
4         copy of this proposed order to all counsel who appeared at the hearing, and any trustee
          appointed in this case, any unrepresented parties who appeared at the hearing, and each has
5         approved or disapproved the order, or failed to respond, as indicated below:

Debtor's counsel:
   _____  approved the form of this order        _____  disapproved the form of this order
   _____  waived the right to review the order and/or   _x_  failed to respond to the document
   _____  appeared at the hearing, waived the right to review the order
   _____  matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
   _____  approved the form of this order        _____  disapproved the form of this order
   _____  waived the right to review the order and/or   _x_  failed to respond to the document

   _____  This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all
          counsel who appeared at the hearing, and any trustee appointed in this case any unrepresented
          parties who appeared at the hearing, and each has approved or disapproved the order, or failed to
          respond, as indicated below.

Debtor's counsel:
   _____  approved the form of this order        _____  disapproved the form of this order
   _____  waived the right to review the order and/or   _____  failed to respond to the document
   _____  appeared at the hearing, waived the right to review the order
   _____  matter unopposed, did not appear at the hearing, waived the right to review the order
Trustee:
   _____  approved the form of this order        _____  disapproved the form of this order
   _____  waived the right to review the order and/or   _____  failed to respond to the document

   _____  I certify that I have served a copy of this order with the motion, and no parties appeared or filed
          written objection.

Submitted by:
/s/ Gregory L. Wilde, Esq.
Gregory L. Wilde, Esq.
Attorney for Secured Creditor